FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Chief, Special Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 09 2011

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 11-0978 KSC |
| Plaintiff, ) | CRIMINAL COMPLAINT; |
| ) | AGENT'S AFFIDAVIT |
| VS. ) | |
| JUSTIN ALAN WOODWARD, ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about June 22, 2011, the Defendant JUSTIN ALAN WOODWARD, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the Vice President of the United States, specifically, stating, "I will kill you (Vice President Biden) myself" sent in an e-mail to the White House website.

All in violation of Title 18, United States Code, Section 871(a).

I further state that I am a Special Agent with the United States Secret Service (USSS) and that this Complaint is based upon the facts set forth in the attached "Agent's Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

```
_____
CHIKO D. HOGE
COMPLAINANT
```

Subscribed to and sworn before me on September 9, 2011, at Honolulu, Hawaii.

```
_____
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE
District of Hawaii
```

AFFIDAVIT OF CHIKO D. HOGE

CHIKO D. HOGE, being first duly sworn on oath, deposes and says:

1. I am a Special Agent (hereinafter referred to as SA) with the United States Secret Service and have been so employed for approximately nine (9) years. I am presently assigned to the Honolulu Field Office, where my duties include conducting criminal investigations on any threats made to the President of the United States (hereinafter referred to as POTUS), the Vice President of the United States (hereinafter referred to as VPOTUS) and successors to the Presidency. I have received formal training in protective intelligence investigations from the U.S. Secret Service Academy, James J. Rowley Training Center, in Beltsville, Maryland, and have completed the criminal investigative course at the Federal Law Enforcement Training Center, Glynco, GA.

2. The information set forth herein is true based on my personal knowledge, or where indicated, information provided to me by others, which I believe to be true.

3. On August 3, 2011, I was contacted by U.S. Secret Service SA James Kevin Traylor, Bangkok Resident Office, about an American citizen in Thailand who made a threat

1

against the life of VPOTUS and POTUS. The following information was provided:

    a. On June 27, 2011, the White House forwarded the following information to the Internet Threat Desk. On June 22, 2011, at 05:17 hours, and unidentified person using the screen name, mythaitravel@yahoo.com, posted a message to the White House website stating in part, "Biden has been trying to kill me, trying to assassinate me, they put me under mind control after I tried to bring closure, after trying to get it addressed. Biden, you cunt piece of shit. You tried to get me to kill Obama in my home town of El Dorado Kansas. I will kill you myself motherfucker, after putting you on my device I call Diablos." (sic)

    b. The Royal Thai Police subsequently traced the email's IP address to a public Wi-Fi access point in Chiang Mai, Thailand.

    c. On July 29, 2011, Andrew Veprek, Consular Section Chief, U.S. Consulate, Chiang Mai, Thailand, met with Justin WOODWARD in a Chiang Mai prison. This meeting was a matter of protocol, as all incarcerated American citizens are paid a visit by the U.S. Consulate. Veprek reported that WOODWARD made comments about assassinating POTUS.

    d. On August 2, 2011, SA Traylor spoke with Andrew Veprek, who said WOODWARD stated the following during the above mentioned interview in Chiang Mai, Thailand:

        i. That WOODWARD wanted to talk about a government conspiracy that trains assassins and that he (WOODWARD) was an assassin. WOODWARD said that he was a U.S. Marine trained as a scout/sniper and that he had combat experience overseas.

        ii. That in an Oklahoma Veterans Affairs (VA) hospital, he was trained to be a government assassin and that he believed he was currently receiving VA pay for being such a U.S. government agent.

   iii. WOODWARD said that he had been activated to assassinate President Obama when the President was visiting Oklahoma.

   iv. He was currently in jail for assaulting an individual in a Thailand mall because he believed this individual was "an enemy agent".

   v. WOODWARD wanted to go to Hawaii because the continental U.S. was full of "enemy agents".

e. On August 3, 2011, SA Traylor interviewed WOODWARD at the Royal Thai Police Immigration Detention Facility in Chiang Mai, Thailand. During this interview, WOODWARD stated the following:

   i. He had been activated by Dr. Duane Dragger, Behavioral Health Program in Wichita, Kansas to assassinate President Obama. WOODWARD said that he didn't want to harm anyone, but that this CIA run program was making him do this.

   ii. That he has been sending email messages to the White House from mythaitravel@yahoo.com.

   iii. That in 2008, while watching an Obama speech, he fell asleep and when he awoke, he was programmed to assassinate Obama. WOODWARD stated he did not want to kill Obama but the mind control he was experiencing was very powerful and he felt he was in a constant struggle against it.

   iv. WOODWARD stated he feels he cannot be trusted around POTUS or VPOTUS and that is why he moved overseas in 2008.

   v. WOODWARD said he joined the U.S. Marine Corp in March of 2002, and served as an infantryman until his medical discharge for Bi-Polar disorder in November of 2004. He said he trained as a scout sniper, but did not complete the course, that he

      served six (6) six months in Iraq, and that he has been treated for post traumatic stress disorder.

  vi. That he is not currently under medical care, but that he self medicates himself with Lithium and marijuana.

  vii. That in 2005, he was determined to be 100% disabled and currently receives $3,600.00 a month in VA benefits.

  viii. That after being deported from Thailand, he was planning on travelling to Hawaii.

  ix. When asked what he would do if he was in the same city as POTUS or VPOTUS, WOODWARD stated that he did not want to harm anyone but if he was activated, he would have no control of his actions.

4. Checks conducted show that WOODWARD was also arrested in Thailand in 2010 for assault on his landlord.

5. On August 4, 2011, I contacted U.S. Secret Service, Protective Intelligence Division (PID) and requested a query of any reported emails received from mythaitravel@yahoo.com and received the following:

 a. Submitted: June 22, 2011 05:17
 From: Mr. Justin Alan WOODWARD Ph.D.
 Email Address: MyThaiTravel@yahoo.com

(portions of the email are underlined for reference)
Biden was connected to ISI's Director on the day of 9-11, they met before 9-11 and stayed together inside the whitehouse until after the first tower collapsed. After returning from the front lines of Iraq after the invasions Marines from Afghanistan informed me of how they captured Bin Laden, however a general called down to them and ordered them to hand Bin Laden over to ISI's Pakistani Special Forces. I flipped out over this in the Marine Corps.. why the fuck was Pakistan getting Bin Laden when America was the victim of his 9-11 attacks. Biden has been trying to kill me, trying to

4

assassinate me, they put me under mind control after I tried to bring closure, after trying to get it addressed. <u>Biden, you cunt piece of shit. You tried to get me to kill Obama in my home town of El Dorado Kansas. I will kill you myself motherfucker, after putting you on my device I call Diablos.</u> You piece of shit son of a bitch that goes around telling people to get a life when they ask you why you were talking to Pakistan and ISI on 9-11. Now we know why you were. You are next bitch, you motherfucking piece of shit. You want to try to kill me off the record, <u>well get it on the record you fucking failed motherfucker and your going to be tortured to an extent you cannot fathom.</u> Now you are in the Whitehouse and hold a position of Power, and with that Power comes Responsibility and the core mechanism rooted into that is Accountability. I am going to personally hold you accountable for your Actions BIDEN. You call yourself the new sherif in town motherfucker, check again and take a look who drives around a Police Interceptor MOTHERFUCKERS.
JUSTIN ALAN WOODWARD
1811 NATIONAL SECURITY CRIMINAL INVESTIGATOR
AREA 51 AND ABOVE GOERING INHERITANT.
I am above the Whitehouse thats why you motherfuckers didnt know who I am. I will be in America for the 4th, i sure hope someone is ready for me.
p.s. don't try to go through my mother Kendra Inman whom did so many disgusting sexually traumatic things to me my entire life to try to get to me anymore.
Oh yea, and <u>all you motherfuckers connected to 9-11, and all you motherfuckers connected to Central Banking and the Federal Reserve, you better fucking figure out what DIABLOS THE LIFE SUPPORT MACHINE means. Because your getting hooked up to it, your fucking heads are going to be on my desk.</u>
OUT


b.   Submitted: June 26, 2011 14:56
From: Justin WOODWARD
Email Address: MyThaiTravel@yahoo.com

(portions of the email are underlined for reference)

In part, "…So Obama, when are we going to get together and smoke some Marijuana and laugh about the shit we have accomplished since we were in our Home Towns of El

Dorado Kansas together? I like the way you work.. <u>I am really glad I didn't blow your head off back there like I was 'supposed to'....</u>"

c.   Submitted: June 30, 2011 21:43
From: Justin Alan WOODWARD Ph.D.
Email Address: MyThaiTravel@yahoo.com

(portions of the email are underlined for reference)

In part, "...Before anyone can blame Obama for the Economy or current events with "Obama's Administration is doing -this- or -that- wrong!" THE ADMINISTRATION MUST FIRST DO WHAT HE SAYS. Until then, you cannot blame shit on him. It makes sense doesn't it? <u>You people inside the White House, Senate, Congress, and Politics are intelligent enough to do the math aren't you? Or do my snipers need to replace some of you?</u> If the people inside his Administration are not doing their jobs, and specifically not doing what he asks of them... then it isn't his Administration! Instead it is a Rogue Operation, a "Government inside the Government I cannot control" -Bill Clinton, <u>and those individuals will cease to exist just as Sedang (Rogue Thai General) no longer exists</u>... in person... however he exists as a great example doesn't he? Right not it is not Obama's administration, and the events taking place inside of Politics cannot be a reflection against him... instead it must be pinned on those contradicting what he says.
IDENTIFY
LOCATE
ISOLATE
CONFINE
EXPOSE THAT WHICH CONTRADICTS SOCIAL CONDUCTIVITY.
<u>DO YOUR GODDAMN HOMEWORK FIRST YOU MOTHERFUCKERS OR YOU WILL QUITE POSSIBLY DIE ON YOUR FUCKING "VACATIONS".</u>
Justin Alan WOODWARD
1811 National Security Criminal Investigator..."

6.   On August 9, 2011, I spoke with Duane Jaeger, Advanced Registered Nurse Practitioner, Kansas Robert J. Dole VA Medical Clinic, Wichita, Kansas.  Jaeger stated that he treated WOODWARD from approximately April 2005 through September 2009.  Jaeger believes that without proper

6

medication and medical care, WOODWARD could harm himself or others. Jaeger stated that on March 5, 2009 to March 17, 2011, WOODWARD was admitted to Osawatomie, Kansas State Hospital.

7. On September 9, 2011, Justin Alan WOODWARD arrived in Honolulu, Hawaii, via Delta Airlines flight number 608, which originated in Bangkok, Thailand[1]. After being processed through U.S. Immigrations and Customs, SA Hoge arrested WOODWARD at the Honolulu International Airport, 300 Rodgers Boulevard, Honolulu, HI, for making a Threat against the Vice-President of the United States.

8. During this investigation, it has been determined that WOODWARD is not believed to currently be under medical care, has U.S. military combat training and experience, has two (2) prior arrests in Thailand for assault, is transient with the means to travel, and has made various indirect statements about causing harm to POTUS and VPOTUS and has made a direct threat towards VPOTUS' life.

9. On September 9, 2011, SA Hoge advised WOODWARD of his Constitutional Rights, in which WOODWARD elected to waive and provide a statement. WOODWARD admitted to writing the emails in question, to include the email threat directed

---

[1] Justin Alan WOODWARD departed Bangkok, Thailand via Delta Airlines flight number 284 which flight had a scheduled stopped over/plane change at the Narita Airport in Tokyo, Japan (Delta Airlines flight number 608).

towards the Vice President of the United States. During this interview, WOODWARD further corroborated statements and information previously reported in this case.

10. Based on *the* facts set forth above, there is probably cause to believe that on or about June 22, 2011, Justin Alan WOODWARD knowingly and willfully made a threat to kill VPOTUS (Threat against President and successors to the Presidency), in violation of 18 U.S.C. § 871.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CHIKO D. HOGE
Special Agent
United States Secret Service

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above named committed the charged crime found to exist by the undersigned Judicial Officer at __12:58 a__ m on September 9, 2011.

Subscribed to and sworn before me on September 9, 2011, in Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE
District of Hawaii

8